United States District Court
Southern District of Texas
**ENTERED**
January 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JORGE ALVARO GARCIA VASQUEZ, | § § § | CIVIL ACTION NO. 4:25-cv-6262 |
| Petitioner, | § § | |
| vs. | § § | JUDGE CHARLES ESKRIDGE |
| RANDY TATE, et al., | § § § | |
| Respondents. | § § § | |

## ORDER

The Court has considered the Federal Respondents' Motion for an Extension of Time, Dkt. 7, and enters the following order:

Federal Respondents' Motion for an Extension of Time is GRANTED.

Federal Respondents' deadline to show cause with a filing that establishes the propriety of Petitioner's continued detention is extended until January 16, 2026.

Petitioner may filed any reply by January 20, 2026.

SO ORDERED.

Signed on  January 09, 2026 , at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge