United States District Court
Southern District of Texas
**ENTERED**
January 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JORGE ALVARO GARCIA VASQUEZ, | § § | CIVIL ACTION NUMBER 4:25-cv-06262 |
| Petitioner, | § § § | |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| RANDY TATE, *et al*, Respondents. | § § § | |

### ORDER ON DISMISSAL

Pending is a notice by Petitioner Jorge Alvaro Garcia Vasquez of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt 10. That Rule allows dismissal without court order by filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment."

The Government has already filed a motion for summary judgment. See Dkt 9. Dismissal thus may occur only by joint stipulation of the parties or by court order. See Federal Rule of Civil Procedure 41(a)(1)(ii), (2).

The notice of voluntary dismissal is construed as a request for dismissal pursuant to Rule 41(a)(2). Dismissal without prejudice on such basis is proper and won't result in prejudice to the Government. For the avoidance of doubt, arguments contained in the motion for summary judgment may be resubmitted if and when Petitioner brings a further petition.

The request by Petitioner Jorge Alvaro Garcia Vasquez for dismissal pursuant to Rule 41 is GRANTED. Dkt 10.

The petition for writ of *habeas corpus* by Petitioner Jorge Alvaro Garcia Vasquez is DISMISSED WITHOUT PREJUDICE. Dkt 1.

The motion by the Government for summary judgment is DENIED AS MOOT. Dkt 9.

This action is DISMISSED.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on January 22, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge